# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Waldor, Cathy L. | US District Court, New Jersey | 12/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

US District Court
50 Walnut Street
MLK Building
Newark, NJ 07102

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Rex Vinegar Company - self employed business executive |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Waldor, Cathy L.** | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (H) Brokerage Account #1 (44) | | | | | | | | | |
| 2. Clearbridge Tactical Dividend Income Fund Cl C | C | Dividend | L | T | | | | | |
| 3. Gugenheim Small Cap Value Fund Cl C | | None | J | T | | | | | |
| 4. Mainstay Epoch Global Equity Yield Cl C | A | Dividend | | | Sold | 04/06/20 | K | | |
| 5. Franklin Templeton Income Fund Cl C | C | Dividend | L | T | Sold (part) | 04/06/20 | K | | |
| 6. Thornburg Income Builder Cl C (X) | C | Dividend | L | T | | | | | |
| 7. Thornburg Income Builder Cl A (X) | A | Dividend | J | T | | | | | |
| 8. Vaneck Vectors High Yield Muni ETF | B | Dividend | K | T | | | | | |
| 9. (H) AIG Sun America Polaris Choice IV Variable Annuity (X) | | | | | | | | | |
| 10. - SA VCP Dynamic Allocation Portfolio | | None | M | T | | | | | |
| 11. - SA VCP Dynamic Strategy Portfolio | | None | M | T | | | | | |
| 12. - Secure Value Account | | None | K | T | | | | | |
| 13. (H) Brighthouse Life Ins Co Series L Variable Annuity (X) | | | | | | | | | |
| 14. - American Funds Growth Portfolio | | None | K | T | | | | | |
| 15. - Baillie Gifford International Stock Portfolio | | None | K | T | | | | | |
| 16. - BH Small Cap Value Portfolio | | None | J | T | | | | | |
| 17. - Invesco Small Cap Growth Portfolio | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - JP Morgan Core Bond Portfolio | | None | K | T | | | | | |
| 19. - MetLife Stock Index Portfolio | | None | L | T | | | | | |
| 20. - MFS Value Portfolio B | | None | J | T | | | | | |
| 21. - PIMCO Total Return Portfolio B | | None | K | T | | | | | |
| 22. - T Rowe Price MId Cap Growth Portfolio B | | None | J | T | | | | | |
| 23. - VanEck Global Natural Resources B | | None | J | T | | | | | |
| 24. Bernstein All Asset Strategy Fund C | A | Dividend | L | T | | | | | |
| 25. Janus Henderson Balanced Fund C | B | Dividend | M | T | | | | | |
| 26. JP Morgan Income Builder Class C (X) | B | Dividend | K | T | Sold (part) | 04/06/20 | J | | |
| 27. JP Morgan Income Builder Class A (X) | | None | J | T | | | | | |
| 28. Mainstay MacKay High Yield Muni Bond Fund Cl C (X) | C | Dividend | M | T | | | | | |
| 29. Principal Small Cap Dividend Income Fund C | A | Dividend | | | Sold (part) | 04/06/20 | K | | |
| 30. | | | | | Sold | 09/25/20 | K | | |
| 31. AIG Focused Dividend Strategy Fund C | A | Dividend | K | T | Sold (part) | 04/06/20 | J | | |
| 32. Cohen & Steers Preferred Sec & Inc Fund Cl C (X) | | None | | | | | | | |
| 33. Cohen & Steers Preferred Sec & Inc Fund Cl A (X) | B | Dividend | L | T | | | | | |
| 34. Mainstay Mackay Tax Free Bond Cl A (X) | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Nuveen Large Cap Core Fund Cl C | A | Dividend | M | T | Sold<br>(part) | 04/06/20 | L | | |
| 36. Principal Global Diversified Income Fund Cl C | B | Dividend | K | T | Sold<br>(part) | 04/06/20 | K | | |
| 37. Putman Multi-Cap Core Fd Cl C | C | Dividend | M | T | | | | | |
| 38. (H) Transamerica Life Insurance Co B-Share - Variable Annuity (X) | | | | | | | | | |
| 39. - Fidelity - VIP Contrafund Portfolio | | None | K | T | | | | | |
| 40. - TA Janus Balanced | | None | L | T | | | | | |
| 41. - TA Managed Risk - Growth ETF | | None | L | T | | | | | |
| 42. - American Funds Growth Fund | | None | K | T | | | | | |
| 43. - American Funds Growth - Income Fund | | None | K | T | | | | | |
| 44. Janus Henderson Enterprise Fund Cl C | D | Dividend | M | T | | | | | |
| 45. Units FT US EQ C/E Ser 26 | | None | | | Redeemed | 01/15/20 | K | | |
| 46. UBS Bank UT US 3.5% Mat 10/30/20 Fixed Rate CD | B | Interest | | | Matured | 10/20/20 | K | | |
| 47. Goldman Sachs Access Treas 0-1 Year ETF | A | Dividend | L | T | | | | | |
| 48. Principal Blue Chip Fund Cl C | D | Dividend | M | T | Buy<br>(add'l) | 04/06/20 | K | | |
| 49. | | | | | Buy<br>(add'l) | 09/25/20 | K | | |
| 50. American Funds American Balanced Fd Cl C | D | Dividend | M | T | | | | | |
| 51. BNY Mellon Equity Income FD Cl C | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Allianz Artificial Intelligence & Technology | B | Dividend | K | T | | | | | |
| 53.  Vanguard Growth ETF | | None | K | T | Buy | 09/25/20 | K | | |
| 54.  AIG Focused Growth Fund Cl C | B | Dividend | K | T | Buy | 06/06/20 | J | | |
| 55.  FT - Franklin Dynatech C | | None | K | T | Buy | 04/06/20 | K | | |
| 56.  JP Morgan Equity Income Fund Cl A | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 57.  UNTS FT Div Strength PRTFO Ser 47 | A | Dividend | K | T | Buy | 01/14/20 | K | | |
| 58.  UNTS FT Mega-Cap PRTFO Ser 58 | A | Dividend | K | T | Buy | 09/25/20 | K | | |
| 59.  Mainstay Income Builder Fund Cl C | A | Dividend | L | T | Buy | 04/06/20 | K | | |
| 60.  Nuveen Large Cap Value Fund Cl C (X) | B | Dividend | | | Buy | 04/06/20 | L | | |
| 61.  Nuveen Dividend Value Fund Cl C (X) | | None | M | T | | | | | |
| 62. | | | | | | | | | |
| 63.  (H) Brokerage Account #2 (45) | | | | | | | | | |
| 64.  iShares Trust Russell 2000 Index ETF | A | Dividend | K | T | Sold<br>(part) | 09/01/20 | J | B | |
| 65.  iShares Trust Core S&P Mid Cap ETF | B | Dividend | L | T | Sold<br>(part) | 09/01/20 | K | D | |
| 66.  iShares TIPS Bond ETF | A | Dividend | K | T | | | | | |
| 67.  Vanguard Index Funds Vanguard Growth ETF | B | Dividend | M | T | | | | | |
| 68.  Vanguard Total Stock Market ETF | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Vanguard Index Fund S&P 500 ETF | B | Dividend | M | T | | | | | |
| 70. Vanguard Divid Appreciation ETF | C | Dividend | M | T | | | | | |
| 71. Vanguard Mega Cap ETF | B | Dividend | M | T | | | | | |
| 72. Vaneck Vectors AMT-Free Short Municipal Index ETF | A | Dividend | K | T | | | | | |
| 73. Vaneck Vectors High Yield Municipal Index ETF | B | Dividend | K | T | Sold (part) | 04/08/20 | J | | |
| 74. | | | | | Sold (part) | 05/28/20 | J | A | |
| 75. First Trust Dorsey Wright FO ETF | A | Dividend | K | T | | | | | |
| 76. Principal Small Mid Cap Div Inst | A | Dividend | | | Sold (part) | 04/06/20 | J | | |
| 77. | | | | | Sold (part) | 04/24/20 | K | | |
| 78. | | | | | Sold | 09/01/20 | J | | |
| 79. First Trust Preferred Security & Inc ETF | B | Dividend | K | T | | | | | |
| 80. Vaneck Vectors AMT-Free Inter ETF | A | Dividend | K | T | | | | | |
| 81. Wisdomtree Trust Small Cap Dividend Fund ETF | A | Dividend | | | Sold | 03/10/20 | L | | |
| 82. First Trust Morningstar Div Leader Index Fund | B | Dividend | K | T | Buy (add'l) | 09/23/20 | K | | |
| 83. First Trust Value Line Divid Index Fund | B | Dividend | K | T | | | | | |
| 84. Goldman Sachs Active Beta US Large Cap Equity ETF | B | Dividend | M | T | | | | | |
| 85. iShares EDGE MSCI Min Vol USA ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPDR Nuveen S&P High Yield Municipal Bond ETF | B | Dividend | L | T | | | | | |
| 87. Vanguard Financials ETF | A | Dividend | | | Sold | 09/23/20 | K | | |
| 88. Vanguard Health Care ETF | A | Dividend | L | T | Buy (add'l) | 03/30/20 | K | | |
| 89. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 90. | | | | | Buy (add'l) | 04/24/20 | K | | |
| 91. Vanguard Value ETF | B | Dividend | L | T | Buy (add'l) | 04/08/20 | J | | |
| 92. First Trust Dow Jones Internet Index Fund ETF | | None | M | T | Buy (add'l) | 02/25/20 | J | | |
| 93. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 94. First Trust SToxx European Select Divd Index Fund ETF | | None | | | Sold | 03/02/20 | J | | |
| 95. Wisdomtree Intl High Divid Fund ETF | | None | | | Sold | 02/25/20 | J | | |
| 96. Schwab US Mid-Cap ETF | | None | | | Buy (add'l) | 02/25/20 | J | | |
| 97. | | | | | Sold | 03/10/20 | K | | |
| 98. SPDR S&P Aerospace & Defense ETF | A | Dividend | L | T | | | | | |
| 99. Vanguard High Divid Yield ETF | A | Dividend | K | T | Buy (add'l) | 03/10/20 | K | | |
| 100. Franklin Short Duration US Govt ETF | A | Dividend | K | T | | | | | |
| 101. Thornburg Limited Term Municipal Fund Cl I | B | Dividend | L | T | Buy (add'l) | 09/01/20 | J | | |
| 102. iShares Core S&P Small-Cap ETF | A | Dividend | | | Sold (part) | 03/30/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 04/24/20 | J | | |
| 104.  iShares Core MSCI Emerging Markets ETF | | None | | | Sold | 02/25/20 | J | | |
| 105.  Goldman Sachs Access TREAS 0-1 Year ETF | A | Dividend | K | T | | | | | |
| 106.  First Trust NASDAQ Clean Edge Green Energy Index Fd ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 107.  Vanguard Information Technology ETF | A | Dividend | M | T | Buy | 03/10/20 | K | | |
| 108. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 109. | | | | | Buy (add'l) | 04/08/20 | K | | |
| 110.  First Trust Enhanced Short Mat Fund ETF | A | Dividend | K | T | Buy | 09/01/20 | J | | |
| 111. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 112.  IQ Mackay Municipal Insd ETF | A | Dividend | L | T | Buy | 05/28/20 | K | | |
| 113. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 114. | | | | | Buy (add'l) | 09/01/20 | K | | |
| 115.  SPDR Gold Shares ETF | | None | K | T | Buy | 09/23/20 | K | | |
| 116.  Wisdomtree US Midcap | A | Dividend | | | Buy | 03/10/20 | K | | |
| 117. | | | | | Sold | 05/28/20 | K | | |
| 118.  Proshares Russell 2000 | A | Dividend | | | Buy | 03/10/20 | K | | |
| 119. | | | | | Sold (part) | 04/08/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 07/30/20 | J | | |
| 121. | | | | | Sold | 09/01/20 | J | | |
| 122. | | | | | | | | | |
| 123. (H) Brokerage Account #5 (51) | | | | | | | | | |
| 124. Principal MidCap Fund Class A | A | Dividend | L | T | | | | | |
| 125. Franklin Mutual Global Discover Fund Cl A | | None | | | Sold<br>(part) | 07/30/20 | L | | |
| 126. | | | | | Sold | 09/25/20 | K | | |
| 127. Franklin Templeton Income Cl A | B | Dividend | K | T | | | | | |
| 128. American Funds American Balanced Fund Cl R4 | A | Dividend | L | T | | | | | |
| 129. First Eagle Global Fund Cl A | B | Dividend | L | T | | | | | |
| 130. Thornburg Income Builder Cl C (X) | B | Dividend | | | | | | | |
| 131. Thornburg Income Builder Cl A (X) | A | Dividend | K | T | | | | | |
| 132. Goldman Sachs Income Builder Funds Cl IR | B | Dividend | L | T | | | | | |
| 133. iShares Edge MSCI Min Vol USA EFT | A | Dividend | K | T | | | | | |
| 134. Putnam Equity Income Fund Cl C | B | Dividend | K | T | | | | | |
| 135. UNTS FT HI DIV EQ PORT SER 42 | B | Dividend | L | T | | | | | |
| 136. First Trust Enhanced Short Mat Fund ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Vanguard Growth ETF | A | Dividend | K | T | Buy | 09/25/20 | K | | |
| 138.  FT Franklin Dynatech A | | None | K | T | Buy | 09/25/20 | K | | |
| 139.  FT Franklin Rising Dividends A | A | Dividend | L | T | Buy | 07/30/20 | L | | |
| 140. | | | | | | | | | |
| 141.  (H) Brokerage Account #6 (52) | | | | | | | | | |
| 142.  iShares Russell MidCap ETF | A | Dividend | K | T | Buy<br>(add'l) | 03/23/20 | J | | |
| 143.  SPDR S&P 500 ETF TR | A | Dividend | K | T | Sold<br>(part) | 01/24/20 | J | A | |
| 144. | | | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 145.  John Hancock Disciplined Value Mid Cap<br>Fund Cl A | A | Dividend | J | T | Buy<br>(add'l) | 04/28/20 | J | | |
| 146.  Baird MidCap Fund Institutional Class | B | Dividend | J | T | Sold<br>(part) | 04/28/20 | J | A | |
| 147.  Chartwell Small Cap Value I Share | A | Dividend | J | T | Buy<br>(add'l) | 04/28/20 | J | | |
| 148.  iShares IBOXX $ Invt Grade Corporate<br>Bond ETF | A | Dividend | J | T | Buy<br>(add'l) | 02/20/20 | J | | |
| 149. | | | | | Buy<br>(add'l) | 04/21/20 | J | | |
| 150. | | | | | Sold<br>(part) | 04/28/20 | J | A | |
| 151. | | | | | Sold<br>(part) | 08/21/20 | J | A | |
| 152.  Ashmore Emerging Markets Total Ret Fund<br>Cl I | A | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 153. | | | | | Buy<br>(add'l) | 04/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  iShares CORE MSCI EAFE ETF | A | Dividend | K | T | Buy (add'l) | 02/20/20 | J | | |
| 155. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 156. | | | | | Sold (part) | 12/14/20 | J | B | |
| 157.  iShares CORE MSCI Emerging Markets ETF | A | Dividend | K | T | Buy (add'l) | 02/20/20 | J | | |
| 158. | | | | | Sold (part) | 03/20/20 | J | | |
| 159. | | | | | Sold (part) | 07/09/20 | J | A | |
| 160.  iShares Core S&P US Growth ETF | A | Dividend | K | T | Sold (part) | 05/22/20 | J | B | |
| 161. | | | | | Sold (part) | 06/10/20 | J | B | |
| 162.  Pear Tree Polaris Foreign Value Fund Instl | A | Dividend | K | T | Buy (add'l) | 02/20/20 | J | | |
| 163. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 164.  Pimco Investment Grade Corporate Bond Fund P | B | Dividend | K | T | Sold (part) | 03/20/20 | J | | |
| 165. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 166. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 167.  AQR US Defensive Equity Fund Cl I | A | Dividend | K | T | Buy (add'l) | 07/09/20 | J | | |
| 168.  LSV Value Equity Fund CL NL | | None | | | Buy (add'l) | 03/03/20 | J | | |
| 169. | | | | | Sold | 03/20/20 | J | | |
| 170.  iShares 20+ Year Treasury Bond ETF | A | Dividend | J | T | Sold (part) | 03/23/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 172. | | | | | Sold (part) | 06/19/20 | J | B | |
| 173. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 174. iShares JP Morgan USD Emerging Market Bond ETF | A | Dividend | J | T | Sold (part) | 01/24/20 | J | A | |
| 175. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 176. | | | | | Buy (add'l) | 08/21/20 | J | | |
| 177. PIMCO Enhanced Short Mat Active Ex-Traded FD | A | Dividend | | | Buy (add'l) | 01/24/20 | J | | |
| 178. | | | | | Sold (part) | 03/03/20 | J | | |
| 179. | | | | | Sold | 03/20/20 | J | | |
| 180. Lord Abbett High Yield Fund Cl F | B | Dividend | K | T | Buy (add'l) | 03/03/20 | J | | |
| 181. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 182. | | | | | Sold (part) | 08/21/20 | J | | |
| 183. iShares Core S&P Small-Cap ETF | A | Dividend | K | T | Buy (add'l) | 03/23/20 | J | | |
| 184. Harding Loevner International Equity Fund | A | Dividend | K | T | | | | | |
| 185. Schwab US TIPS ETF | A | Dividend | J | T | Buy (add'l) | 11/13/20 | J | | |
| 186. Vanguard Total World Stock ETF | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 187. iShares US Treasury Bond ETF | A | Dividend | | | Buy | 03/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold | 04/21/20 | J | A | |
| 189.  iShares MSCI EAFE Small Cap ETF | A | Dividend | J | T | Buy | 12/14/20 | J | | |
| 190.  Vanguard Mid-Cap ETF | A | Dividend | J | T | Buy | 05/22/20 | J | | |
| 191. | | | | | Buy<br>(add'l) | 06/10/20 | J | | |
| 192. | | | | | Sold<br>(part) | 12/14/20 | J | C | |
| 193.  Vanguard Russell 1000 Value ETF | A | Dividend | K | T | Buy | 03/20/20 | K | | |
| 194. | | | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 195. | | | | | Sold<br>(part) | 05/22/20 | J | A | |
| 196. | | | | | Sold<br>(part) | 06/10/20 | J | B | |
| 197.  Vanguard Russell 2000 ETF | A | Dividend | J | T | Buy | 12/14/20 | J | | |
| 198.  GQG Partners Emerging Markets Equity Fd<br>Cl Inst | A | Dividend | K | T | Buy | 07/09/20 | J | | |
| 199.  Invesco Optimum Yield | | None | | | Buy | 08/21/20 | J | | |
| 200. | | | | | Sold | 11/13/20 | J | A | |
| 201. | | | | | | | | | |
| 202.  (H) IRA #1 (42) | | | | | | | | | |
| 203.  First Eagle Global Fund Class C | A | Dividend | K | T | | | | | |
| 204.  First Eagle Global Fund Class A | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Blackrock Equity Dividend Fund C (X) | B | Dividend | | | | | | | |
| 206. Blackrock Equity Dividend Fund A (X) | B | Dividend | L | T | | | | | |
| 207. Franklin Templeton Mutual Global Discovery Fund Cl A | | None | | | Sold | 09/25/20 | J | | |
| 208. Franklin Templeton Income C | A | Dividend | J | T | | | | | |
| 209. Franklin Templeton Income Fund Class A | B | Dividend | K | T | | | | | |
| 210. American Funds American Balanced Fund Cl C (X) | B | Dividend | | | | | | | |
| 211. American Funds American Balanced Fund Cl A (X) | B | Dividend | K | T | | | | | |
| 212. American Funds American Balanced F-1 | B | Dividend | K | T | | | | | |
| 213. UNTSFT HI DIV EQ PORT SER 42 REIN 10/21/21 | A | Dividend | K | T | | | | | |
| 214. Goldman Sachs Access Invt Grade Corp Bond ETF | A | Dividend | J | T | | | | | |
| 215. FT Franklin Dynatech A | | None | J | T | Buy | 09/25/20 | J | | |
| 216. | | | | | | | | | |
| 217. (H) IRA #2 (43) | | | | | | | | | |
| 218. American Funds American Balanced F-1 | A | Dividend | J | T | | | | | |
| 219. UNITS FT HI DIV EQ PORT SER 42 | A | Dividend | K | T | | | | | |
| 220. First Trust Enhanced Short Mat Fund ETF | A | Dividend | J | T | | | | | |
| 221. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 12/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | (H) IRA #3 (13) | | | | | | | | | |
| 223. | JP Morgan Income Builder Cl C (X) | B | Dividend | | | | | | | |
| 224. | JP Morgan Income Builder Cl A (X) | A | Dividend | L | T | | | | | |
| 225. | Janus Henderson Balanced Fund C | B | Dividend | L | T | | | | | |
| 226. | | | | | | | | | | |
| 227. | (H) AXA Equitable Flexible Premium Variable Life Insurance #4 | | | | | | | | | |
| 228. | - AXA Moderate Allocation Fund | | None | K | T | | | | | |
| 229. | | | | | | | | | | |
| 230. | Nationwide Life Insurance #2 (Whole Life) | | None | K | T | | | | | |
| 231. | | | | | | | | | | |
| 232. | (H) Cash Accounts #1 | | | | | | | | | |
| 233. | Santander Cash Accounts | A | Int./Div. | M | T | | | | | |
| 234. | Wells Fargo Cash Accounts | A | Int./Div. | K | T | | | | | |
| 235. | UBS Cash Accounts | A | Int./Div. | L | T | | | | | |
| 236. | TD Bank Cash Account | A | Int./Div. | J | T | | | | | |
| 237. | | | | | | | | | | |
| 238. | Real Estate - Rental Property - Verona, Essex County, NJ | F | Rent | O | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 6-7 - On 10/13/20, 291.16 shares of Class C (Line 6) were exchanged to 290.86 shares of Class A (Line7).

Line 9 - This variable annuity does not show or report any dividends, income, or short-term or long-term capital gains on its statements. The value of each investment in the annuity will increase or decrease in any year based upon the performance of each investment. No distributions were made from the annuity.

Line 13 - This variable annuity does not show or report any dividends, income, or short-term or long-term capital gains on its statements. The value of each investment in the annuity will increase or decrease in any year based upon the performance of each investment. No distributions were made from the annuity.

Lines 26-27 - On 4/16/20, 621.12 shares of Class C (Line 26) were exchanged to 608.07 shares of Class A (Line 27). On 10/15/20, 1307.81 shares of Class C (Line 26) were exchanged to 1304.08 shares of Class A (Line 27).

Line 28 - The name of this asset changed from Mainstay High Yield Muni Bond Fund Cl C to Mainstay Mackay High Yield Muni Bond Fund Cl C.

Lines 32-33 - On 9/16/20, 3525.572 shares of Class C (Line 32) were exchanged to 3502.908 shares of Class A (Line 33).

Line 34 - The name of this asset changed from Mainstay Funds Tax Free Bond Cl A to Mainstay Mackay Tax Free Bond Cl A.

Line 38 - This variable annuity does not show or report any dividends, income, or short-term or long-term capital gains on its statements. The value of each investment in the annuity will increase or decrease in any year based upon the performance of each investment. No distributions were made from the annuity.

Lines 60-61 - On 12/9/20, 6472.509 shares of Nuveen Large Cap Value Fund Cl C (Line 60) were exchanged to 10411.19 shares of Nuveen Dividend Value Fund Cl C (Line 61).

Lines 130-131 - On 10/13/20, 2260.028 shares of Class C (Line 130) were exchanged to 2257.703 shares of Class A (Line 131).

Lines 205-206 - On 01/09/20, 1545.399 shares of Class C (Line 205) were exchanged to 1475.660 shares of Class A (Line 206). On 12/09/20, 1982.534 shares of Class C (Line 205) were exchanged to 1890.208 shares of Class A (Line 206).

Lines 210-211 - On 7/13/20, 1369.161shares of Class C (Line 210) were exchanged to 1359.468 shares of Class A (Line 211).

Lines 223-224 - On 10/15/20, 5854.877 shares of Class C (Line 223) were exchanged to 5838.165 shares of Class A (Line 224).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy L. Waldor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544